JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDIA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC. and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO.: 2:21-cv-08526-**FMO** (JCx)<br><br>**ORDER RE: STIPULATION REMANDING BACK TO STATE COURT**<br><br>Courtroom: Courtroom 6D<br>District Judge: Hon. Fernando M. Olguin<br>Magistrate Judge: Hon. Jacqueline Chooljian<br>Complaint Filed: February 20, 2020<br>Trial Date: |

Upon consideration of Plaintiff LIDIA RODRIGUEZ and Defendant WALMART INC.'s Joint Stipulation to Remand Matter to State Court, and good cause showing,

IT IS HEREBY ORDERED THAT:

1. Effective immediately, the matter herein shall be removed to the Superior Court of State of California, County of Los Angeles.

2. Plaintiff shall waive the right to costs incurred to bring forth the Motion to Remand in exchange for the Parties' stipulation to remand to State Court.

Dated: November 19, 2021

/s/
_____
HONORABLE FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

2354-9386

1

ORDER RE STIPULATION TO REMAND CASE NO. **2:21-cv-08526-FMO (JCx)**

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**[PROPOSED] ORDER RE: STIPULATION REMANDING BACK TO STATE COURT**

was/were served on this date to counsel of record:

[ ]  **BY MAIL:** By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[ x ]  **BY E-MAIL DELIVERY:** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ x ]  **BY ELECTRONIC TRANSMISSION:** I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of this filing to the person(s) listed below.

Konrad Kuenstler, Esq.
LAW OFFICES OF F. ADRIAN MUNOZ
4443 Maine Avenue
Baldwin Park, CA 91706
Tel: (626) 246-1690
Fax: (626) 246-1694
Email: adrianmunoz@msn.com
**Attorney for Plaintiff
LIDIA RODRIGUEZ**

Executed on **November 18, 2021** at Los Angeles, California.

_Shraddha Friend_
Shraddha Friend